ORDERED ACCORDINGLY.

Dated: May 8, 2020

Brenda K. Martin, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| VERDUGO ENTERPRISES, LLC aka VERDUGO GIFT COMPANY, | Case No. 2:17-bk-04370-BKM |
| Debtor, | *Adv. No. 2:19-ap-00358-BKM* |
| LYNTON L. KOTZIN, CHAPTER 7 TRUSTEE, | **ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Plaintiff, | |
| vs. | |
| AMAZON CAPITAL SERVICES, INC., an Arizona Foreign For-Profit (Business) Corporation, AMAZON SERVICES, LLC, an Arizona Foreign Limited Liability Company, AMAZON.COM SERVICES, INC., an Arizona Foreign For-Profit (Business) Corporation, AMAZON.COM, INC., a Delaware Corporation, AMAZON PAYMENTS, INC. an Arizona Foreign For-Profit (Business) Corporation, | |
| Defendants. | |

503218430 v5

Case 2:19-ap-00358-BKM    Doc 30    Filed 05/08/20    Entered 05/08/20 12:40:59    Desc
Main Document    Page 1 of 3

This matter having come before the Court on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 14) (the "Motion"), and upon consideration of the pleadings and statements of counsel at the hearing held on the Motion on May 7, 2020, and good cause appearing, and the Court having found and concluded that all of the claims set forth in the Plaintiff's First Amended Complaint (Dkt. No. 2) are not adequately pled and fail to meet the pleading standards set forth by *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) and the Federal Rules of Bankruptcy Procedure,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court grants Plaintiff leave, until May 28, 2020, to amend the First Amended Complaint.

2. If Plaintiff does not file a second amended complaint by May 28, 2020, the First Amended Complaint shall be dismissed with prejudice and counsel for Defendants shall upload an order on or after May 29, 2020 providing for such dismissal.

**DATED AND SIGNED ABOVE**

Approved as to form and content:

**PARKER SCHWARTZ, PLLC**

By: */s/ Jared G. Parker*
Jared G. Parker
7310 N. 16th Street, Suite 330
Phoenix, AZ 85020
Tel: (602) 282-0477
Email: jparker@psazlaw.com

*-and-*

**K&L GATES LLP**

By: */s/ Michael J. Gearin*
Michael J. Gearin (admitted *pro hac vice*)
Brian T. Peterson (admitted *pro hac vice*)
925 Fourth Ave, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Email: michael.gearin@klgates.com
Email: brian.peterson@klgates.com
*Attorneys for Defendants Amazon Capital Services, Inc.; Amazon Services, LLC; Amazon.com Services, Inc.; Amazon.com, Inc.; Amazon Payments, Inc.*

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach (with permission)*
Adam B. Nach
2001 E Campbell Avenue, Suite 103
Phoenix, AZ 85016
Email: adam.nach@lane-nach.com
Email: krystie.reeves@lane-nach.com
*Attorneys for Plaintiff Lynton L. Kotzin, Chapter 7 Trustee*

3

503218430 v5

Case 2:19-ap-00358-BKM    Doc 30    Filed 05/08/20    Entered 05/08/20 12:40:59    Desc
Main Document    Page 3 of 3