ORDERED ACCORDINGLY.

Dated: September 22, 2020



Brenda K. Martin, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

VERDUGO ENTERPRISES, LLC aka VERDUGO GIFT COMPANY,

Debtor,

LYNTON L. KOTZIN, CHAPTER 7 TRUSTEE,

Plaintiff,

vs.

AMAZON CAPITAL SERVICES, INC., an Arizona Foreign For-Profit (Business) Corporation, AMAZON SERVICES, LLC, an Arizona Foreign Limited Liability Company, AMAZON.COM SERVICES, INC., an Arizona Foreign For-Profit (Business) Corporation, AMAZON.COM, INC., a Delaware Corporation, AMAZON PAYMENTS, INC. an Arizona Foreign For-Profit (Business) Corporation,

Defendants.

Chapter 7

Case No. 2:17-bk-04370-BKM

*Adv. No. 2:19-ap-00358-BKM*

**ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

This matter having come before the Court on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 35) (the "Motion"), and upon consideration of the pleadings, and the statements of counsel at the hearing held on the Motion on September 16, 2020, and good cause appearing, and the Court having made its findings and ruling on the record at the hearing which oral findings and ruling are incorporated herein by reference:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court grants the Motion in part and hereby dismisses Counts One, Two, Three, and Five of the Second Amended Complaint (Dkt No. 31) (the "Complaint") with prejudice.

2. The Court denies the Defendants' request for dismissal of Count Four (avoidance of post-petition transfers pursuant to 11 U.S.C. § 549) and Count Six (disallowance of claims pursuant to 11 U.S.C. § 502(d)) of the Complaint.

**DATED AND SIGNED ABOVE**

Approved as to form and content:

**PARKER SCHWARTZ, PLLC**

By: /s/ *Jared G. Parker*
Jared G. Parker
7310 N. 16th Street, Suite 330
Phoenix, AZ 85020
Tel: (602) 282-0477
Email: jparker@psazlaw.com

*-and-*

**K&L GATES LLP**

By: /s/ *Michael J. Gearin*
Michael J. Gearin (admitted *pro hac vice*)
Brian T. Peterson (admitted *pro hac vice*)
925 Fourth Ave, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Email: michael.gearin@klgates.com
Email: brian.peterson@klgates.com
*Attorneys for Defendants Amazon Capital Services, Inc.; Amazon Services, LLC; Amazon.com Services, Inc.; Amazon.com, Inc.; Amazon Payments, Inc.*

**LANE & NACH, P.C.**

By: /s/ *Adam B. Nach (with permission)*
Adam B. Nach
2001 E Campbell Avenue, Suite 103
Phoenix, AZ 85016
Email: adam.nach@lane-nach.com
Email: krystie.reeves@lane-nach.com
*Attorneys for Plaintiff Lynton L. Kotzin, Chapter 7 Trustee*

3